PD-1043-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

Aug 5, 2015

To Whom it may refer

My case was in the courts of appeals. The Court affirmed my conviction on July 8, 2015. Austin Jackson my appeal attorney sent the decision to me on July 9, 2015. I received the letter and opinion on July 15, 2015 at the Jordan Unit in Pampa TX. In the letter I was told I had the rights to now file a pro se Petition for Discretionary Review in the Court of Criminal Appeals. I sent a letter back to my attorney two days later saying "yes I want to file the Petition. Not knowing that I myself had to do this without any help from the appeal attorney. I received there answer back today Aug 5, 2015. I am aware of the 30 day time line and now aware that I alone must file. I am humbly asking for the court to grant me an extension on my filing. Possible 30 additional days so I can send everything needed of me. I do understand the Court being extremely busy so I will greatly appreciate this extension. Thank you very much for your time.

FILED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

Athelston Hayles
Appellant

V

The State of Texas
Appellee

Sincerely

Athelston Hayles

Athelston Hayles

NO. 12-14-00172-CR    IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER TEXAS